

IN THE
TENTH COURT OF APPEALS

No. 10-11-00225-CV

IN THE INTEREST OF J.I.G., A CHILD

From the 13th District Court
Navarro County, Texas
Trial Court No. 11-19865-AG

MEMORANDUM OPINION

Appellant appeals the denial of a plea to the jurisdiction. Appellant has now filed a motion to dismiss the appeal.

Accordingly, this appeal is dismissed. TEX. R. APP. P. 42.1(a).

TOM GRAY
Chief Justice

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Appeal dismissed
Opinion delivered and filed July 13, 2011
[CV06]